FILED

2019 SEP -4 PM 12:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| U.S. PLAINTIFF(S) | CASE NUMBER ED 19-0471M |
|---|---|
| v. RACHEL COSAMO DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the __EASTERN__ District of __LOUISIANA__ on __Aug 1, 2019__
at __4:55__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __Sep 1, 2017__
in violation of Title __21 USC__ U.S.C., Section(s) __841__
to wit: __Drug Trafficking, Conspiracy__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on __Sept 4, 2019__, by
_____, Deputy Clerk.

Signature of Agent

J. Boyd
Print Name of Agent

USPIS
Agency

US Postal Inspector
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT